## CHICAGO, R. I. & P. RY. CO. *et al.* v. STATE.

No. 3557.    Opinion Filed December 5, 1912.

(128 Pac. 903.)

**CARRIERS — Rates — Regulation—Corporation Commission.** An appeal having been prosecuted from an order of the Corporation Commission promulgating rates, rules, and regulations, and the commission having filed in this court its recommendations as to the modification of said order, and the appellants and appellee appearing and agreeing to submit said appeal on the record and said recommendations, and waiving the filing of briefs, it not being pointed out by specification of error wherein such order so modified would be unreasonable and unjust, held, that the recommendations of the commission will be adopted, and that said order will be affirmed as modified under said recommendations.

(Syllabus by the Court.)

*Appeal from State Corporation Commission.*

Proceeding by the State for the adoption and promulgation of certain freight rates on oil, from which order the Chicago, Rock Island & Pacific Railway Company and others appeal. Affirmed as modified.

*C. O. Blake, Cottingham & Bledsoe, R. A. Kleinschmidt, C. L. Jackson, E. A. De Meules, E. R. Jones, Geo. E. Black, L. P. Miles,* and *Chas. E. Warner,* for appellants.

*Chas. West,* Atty. Gen., and *Chas. L. Moore,* Asst. Atty. Gen., for the State.

WILLIAMS, J. The Corporation Commission of the state of Oklahoma has filed, in writing, certain recommendations for modification by this court as to order No. 509 involved in this · appeal. All the attorneys for the appellants, and the Attorney General, for the state, appeared in open court and by agreement submitted the case upon the record in this appeal and the recommendations of the commission and waived the filing of briefs.

It is ordered that the commission's recommendations be adopted, and in lieu of the rates, rules, and regulations contained in the original order No. 509, that the rates, rules, and regulations contained in said recommendations, which are as follows, to wit:

CORPORATION COMMISSION OF OKLAHOMA.

Cause No. 1,394.                    Order No. 509.

To the Atchison, Topeka & Santa Fe Railway Company, Chicago, Rock Island & Pacific Railway Company, Clinton & Oklahoma Western Railway Company, Ft. Smith & Western Railroad Company, Gulf, Colorado & Santa Fe Railway Company, Kansas City, Mexico & Orient Railway Company, Kansas City Southern Railway Company, Midland Valley Railroad Company, Missouri, Kansas & Texas Railway Company, Missouri, Oklahoma & Gulf Railway Company, Oklahoma Central Railway Company, St. Louis & San Francisco Railroad Company, St. Louis, El Reno & Western Railway Company, St. Louis, Iron Mountain & Southern Railway Company, and Wichita Falls & Northwestern Railway Company:

It is hereby ordered that on and after the 31st day of August, 1911, no railroad or combination of railroads doing business in the state

Chicago, R. I. & P. Ry. Co. et al. v. State.

of Oklahoma shall charge, assess or collect a greater rate for the shipment of the commodities named herein in carload lots than are herein provided, and that the following rules, in so far as they are applicable, shall govern the handling and assessment of charges upon such commodities between points in the state of Oklahoma on the lines of the railroads and railways named above:

## Item No. 1.
### Rates in cents per 100 pounds.

| Miles | Column 1. | Column 2. | Miles | Column 1. | Column 2. |
|---|---|---|---|---|---|
| 5 | 4.0 | 5.0 | 210 | 10.2 | 17.9 |
| 10 | 4.0 | 5.5 | 220 | 10.4 | 18.3 |
| 15 | 4.2 | 6.0 | 230 | 10.6 | 18.7 |
| 20 | 4.5 | 6.5 | 240 | 10.8 | 19.1 |
| 25 | 4.8 | 7.0 | 250 | 11.0 | 19.5 |
| 30 | 5.1 | 7.4 | 260 | 11.2 | 19.9 |
| 35 | 5.4 | 7.8 | 270 | 11.4 | 20.3 |
| 40 | 5.6 | 8.2 | 280 | 11.6 | 20.7 |
| 45 | 5.8 | 8.6 | 290 | 11.8 | 21.1 |
| 50 | 6.0 | 9.0 | 300 | 12.0 | 21.5 |
| 55 | 6.2 | 9.4 | 310 | 12.1 | 21.8 |
| 60 | 6.4 | 9.8 | 320 | 12.2 | 22.1 |
| 65 | 6.6 | 10.2 | 330 | 12.4 | 22.4 |
| 70 | 6.8 | 10.6 | 340 | 12.5 | 22.7 |
| 75 | 7.0 | 11.0 | 350 | 12.6 | 23.0 |
| 80 | 7.2 | 11.3 | 360 | 12.7 | 23.3 |
| 85 | 7.4 | 11.6 | 370 | 12.8 | 23.6 |
| 90 | 7.6 | 11.9 | 380 | 12.9 | 23.9 |
| 95 | 7.8 | 12.3 | 390 | 13.0 | 24.2 |
| 100 | 8.0 | 12.5 | 400 | 13.1 | 24.5 |
| 110 | 8.2 | 13.0 | 410 | 13.2 | 24.7 |
| 120 | 8.4 | 13.5 | 420 | 13.3 | 24.9 |
| 130 | 8.6 | 14.0 | 430 | 13.4 | 25.1 |
| 140 | 8.8 | 14.5 | 440 | 13.5 | 25.3 |
| 150 | 9.0 | 15.0 | 450 | 13.6 | 25.5 |
| 160 | 9.2 | 15.5 | 460 | 13.7 | 25.7 |
| 170 | 9.4 | 16.0 | 470 | 13.8 | 25.9 |
| 180 | 9.6 | 16.5 | 480 | 13.9 | 26.1 |
| 190 | 9.8 | 17.0 | 490 | 14.0 | 26.3 |
| 200 | 10.0 | 17.5 | 500 | 14.1 | 26.5 |

## Item No. 2.
Rates named in column 1 of item 1 will apply on shipments of crude petroleum, residuum and oils used exclusively for fuel purposes.

## Item No. 3.
Rates named in column 2 of item No. 1 will apply on shipments of "petroleum and petroleum products" as described in "Western Classification No. 50," or approved Supplements thereto or reissues thereof, where same do not conflict with rules named herein.

## Item No. 4.
Rates named in item No. 1 are for application over one line of road, or via two or more lines directly or indirectly under the same

management and control.  For rates via two lines not directly or indirectly under the same management and control add two cents to figures shown in column 1 and four cents to figures shown in column 2.  Via three lines not directly or indirectly under the same management and control, add three cents to figures shown in column 1 and six cents to figures shown in column 2, observing combination of local rates as maximum.

### Item No. 5.

Minimum weights on shipments named herein will be, when in tank cars, the marked gallonage capacity of the car used, basing commodities named in item No. 2 at 7.4 pounds per gallon and commodities named in item No. 3 at 6.6 pounds per gallon.

When loaded in other than tank cars the minimum weight shall be 26,000 pounds.

### Item No. 6.

Mixed carload shipments of commodities named in items 2 and 3 may be made at the highest rate and minimum weight applicable upon any commodity contained in the car.

### Item No. 7.

Where shipments are reconsigned either before or after reaching the first destination and such reconsignment causes a movement of over three hundred miles from point of origin to final destination, one mill shall be added to figures shown in column 1, and two mills to figures shown in column 2 for each ten miles, or fraction thereof, shipment moves in excess of three hundred miles.

### Item No. 8.

The railways and railroads named herein shall prepare and publish joint tariff to carry out the provisions of this order.  One copy of such tariff shall be filed at each freight depot of each and all of the carriers named herein and two copies for account of each carrier named herein shall be filed with this commission.

The commission reserves the right to direct the basis for revenue divisions wherever carriers fail to agree.

### Item No. 9.

All orders or parts of orders heretofore issued by this commission which in any way conflict with the rules named herein are hereby canceled and superseded, the commission reserving the right to relieve the carriers, consignors or consignees of any hardships caused by the enforcement of the rules named herein either before or after movement.

—be and are hereby made effective as of the date of said original order, to wit, 31st of August, A. D. 1911.  This tariff to become operative as to the various lines when the schedule of rates is printed and filed with the commission.

All the Justices concur.